**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Kevin** <br> First name <br> **John** <br> Middle name <br> **King** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6113** |  |

Debtor 1    **Kevin John King**    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:
■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):
☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**21909 Greenbrook Dr.**
**Boyds, MD 20841**
Number, Street, City, State & ZIP Code

**Montgomery**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Kevin John King**                                   Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

　　☐ No. Go to line 12.

　　☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Kevin John King**                                 Case number *(if known)*

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

---

| Debtor 1 | **Kevin John King** | Case number *(if known)* |

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **Kevin John King**                                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kevin John King**

_____                    _____
**Kevin John King**                                                      Signature of Debtor 2
Signature of Debtor 1

Executed on    **January  5, 2018**                           Executed on  _____
                MM / DD / YYYY                                                       MM / DD / YYYY

Debtor 1    **Kevin John King**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ James M. Greenan (jgreenan@mhlawyers.com)**

Signature of Attorney for Debtor

Date    **January  5, 2018**

MM / DD / YYYY

**James M. Greenan (jgreenan@mhlawyers.com)**
Printed name

**McNamee Hosea**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **(301) 441-2420**          Email address

**08623**
Bar number & State

---

Access National Bank
1800 Robert Fulton Drive
Reston, VA 20191


ACM Services
12022 Parklawn Dr.
Rockville, MD 20852


Adam C. Kish, Esq.
4790 Morland Dr., North
Adamstown, MD 21710


Advance Auto Parts
AAP Financial Services
P.o. Box 642063
Atlanta, GA 30374-2063


Advanced Renewable Solutions, LLC
c/o Steven Berkowitz & Associates PC
1000 Lincoln Drive East, Suite 202
Marlton, NJ 08053


Ahern Rentals, Inc.
1401 Mineral Avenue
Las Vegas, NV 89106


Airpark Limited Partnership
c/o The Scott Group
110 N. Washington St., Ste 300
Rockville, MD 20850


Alfredo Joseph Antezana
18310 Montgomery Village Ave.., Ste. 600
Gaithersburg, MD 20879


Alleghaney Casualty Company
International Fidelity Insurance Company
2570 Boulevard of the Generals
Norristown, PA 19403

Alleghaney Casualty Company
One Newark Center, 20th Fl
Newark, NJ 07102


Allen Maxwell & Silver
P.O. Box 540
Fair Lawn, NJ 07410


Ally Financial
P.O. Box 380901
Minneapolis, MN 55438


American Arbitrtors Association
1301 Atwood Ave.
Johnston, RI 02919


American Builders & Contractors Supply
3924 Vero Rd.
Halethorpe, MD 21227


American Express
Travel Related Services
Jaffe & Asher
600 Third Ave
New York, NY 10016-1901


American Zurich Insurance
P.O. Box 968084
Schaumburg, IL 60196


Amguard Insurance Company
P.O. Box A-H - 16 South River
Wilkes Barre, PA 18703-0020


Amguard Insurance Company

Applied Underwriters
P.O. Box 3646
Omaha, NE 68131-6460


BB&T
P.O. Box 698
Wilson, NC 27894-0698


Botsaris & Vance
1401 Madison Park Dr.
Glen Burnie, MD 21061


Branch Banking and Trust Company
9658 Baltimore Ave., Ste. 207
College Park, MD 20740


BTLG
6310 Hillside Court, Ste. 160
Columbia, MD 21046


Catherine Lawrence
Lawrence Law, LLC
135 Village Queen Drive
Suite B
Owings Mills, MD 21117


Chesapeake Employers Insurance Company
8722 Loch Raven Boulevard
Towson, MD 21286-2235


Christopher S. Brown
Suite 1101 Tower II
100 South Charles St.
Baltimore, MD 21201


Cincinnati Insurance Companies
P.O. Box 14549
Cincinnati, OH 45250

CJTJ
7815 Delano Rd.
Clinton, MD 20735


Clark Construction
7500 Old Georgetown Rd.
Bethesda, MD 20814


CLP Labor Resources
P.O. Box 534504
Atlanta, GA 30353-4504


Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Construction Labor Contractors, LLC
3380 Brecksville Road
Suite 200
Richfield, OH 44286


Conti Enterprises, Inc.
c/o Baylinson Kudysh Greenberg & Helt
303 South Main Sreet
Lower Level
New Market, MD 21774


Continental Indemnity Company
P.O. Box 3804
Omaha, NE 68103


Cooley
Attorney at Law
101 California St., 5th St.
San Francisco, CA 94111-5800

Department of Finance
Division of Treasury
255 Rockville Pike, L-15
Rockville, MD 20850


Department of Finance
Division of Treasury
255 Rockville Pike, I-15
Rockville, MD 20850


Farber Haas Hurley, CPA
28494 Westinghouse Place
Suite 102
Valencia, CA 91355


Fastenal
P.O. Box 1286
Winona, MN 55987-1286


Ferguson Enterprises
13890 Lowe Street
Chantilly, VA 20151


First Financial Asset Management
3091 Governors Lake Dr., Ste. 500
Norcross, GA 30071


First National Bank of Omaha
1620 Dodge St., STOP 3105
Omaha, NE 68197


Fracasso Mahdavi, Sissman LLP
600 Jefferson Plaza, Ste. 308
Rockville, MD 20852


GNG Home Improvement
c/o Bluestone Law
4800 Hampden Lane, Ste. 200
Bethesda, MD 20814

Hampshire County Sheriff &
  Treasurer's Office
Attn: Tax Office
66 N. High Street, Room 105
Romney, WV 26757-1600


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


International Fidelity Company
c/o Briglia Mclaughlin PLLC
1950 Old Gallows Rd., Ste 750
Vienna, VA 22182


Johnco LLC
Garland Johnson
P.O. Box 402
Barnesville, MD 20838


JOMAX Recovery Services
Kim Micaletti
9242 W. Union Hills Dr., Ste. 102
Peoria, AZ 85382


Jordan M. Spivok, Esq.
Protas, Spivok & Collins, LLC
4330 East West Highway, Ste. 900
Bethesda, MD 20814


Keybank
P.O. Box 5788
Cleveland, OH 44101-0788


Kind & Dashoff
One Churchill Lane
Pikesville, MD 21208

Lansing Building Products
8501 Sanford Dr.
P.O. Box 9489
Henrico, VA 23228


Lindsay Ann Thomas
36 S. Charles St., Ste 2501
Baltimore, MD 21201


Luis U. Leon
1835 University Blvd., Ste. 110A
Hyattsville, MD 20783


M&T Bank
P.O. Box 1345
Buffalo, NY 14240-1345


Macro Commercial Real Estate
Rocky Macintosh
5300 Westview Dr., Ste. 302
Frederick, MD 21703


Manufactures & Trade
P.O. Box 844
Buffalo, NY 14240


Merchants Bonding Company
6700 Westown Parkway
West Des Moines, IA 50266-7754


Michael R. Cogan, Esq.
12 South Summit Ave., Ste 250
Gaithersburg, MD 20877


Michelle Mitmet
100 North Charles St., Ste 1700
Baltimore, MD 21201

Middleburg Bank
106 Catoctin Circle, SE
Leesburg, VA 20175


Mitchell Rubenstein & Associates, P.C.
Duane R. Demers
12 S. Summit Ave., Ste. 250
Gaithersburg, MD 20877


Moerings USA, LLC
17416 Germanna Hwy.
Culpeper, VA 22701


MORE Associates, LLC
c/o HBW Group
1055 First Street, Ste. 250
Rockville, MD 20850


National Loan Investors, L.P.
c/o Hofmeister & Breza
11019 McCormick Rd., Ste. 400
Hunt Valley, MD 21031


Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000


NB Handy Company
65 10th Street
Lynchburg, VA 24506


NB Handy Company
65 10th St.
Manchester, NY 14504


New City  Construction
14440 Cherry Lane Court, Ste. 218
Laurel, MD 20707

Nymeo Federal Credit Union
5210 Chairmans Court
Frederick, MD 21703


Protas, Spivok & Collins, LLC
Jordan M. Spivok
4330 East West Highway, Ste. 900
Bethesda, MD 20814


Randstad Professionals
P.O. Box 742689
Atlanta, GA 30374


Richard M. Sissman, Esq.
Fracassi, Mahdavi, Sissman & Rand, LLP
600 Jefferson Plaza, Ste. 308
Rockville, MD 20852


Roberts Oxygen
P.O. Box 5507
Derwood, MD 20855


Rudolph L. Rose
25 South Charles St.
14th Floor
Baltimore, MD 21201


Safari Energy Services
989 Sixth Avenue
New York, NY 10018


Stevens and Stevens, Inc.
Stevens Real Estate
365-B New Albany Rd.
Moorestown, NJ 08057


Sunbelt Rentals
1275 W. Mound St.
Columbus, OH 43223

SunTrust
P.O. Box 85041
Richmond, VA 23285-5041


SunTrust Bank
P.O. Box 85131
Richmond, VA 23285


The Roof Center
5310 Spectrum Dr., Ste. A
Frederick, MD 21703


Thomas Shoemaker
5515 Camelot Court
Frederick, MD 21704


Tradesman International, LLC
9760 Shepard Rd.
Macedonia, OH 44056


Uninsured Employers Fund
300 E. Joppa Rd.
Hampton PLZ SU
Towson, MD 21286-3020


United Rentals
100 First Stamford Place
Suite 700
Stamford, CT 06902


United Site Services, Inc.
P.O. Box 5502
Binghamton, NY 13902-5502


Vegetal ID
7939 Bank Street Rd.
Batavia, NY 14020

W. Scott Stinnett
Lloyd & McDaniel, PLC
P.O. Box 23200
Louisville, KY 40223-0200


WB Mason
59 Centre St.
Brockton, MA 02301-4014


Westfield Insurance Group
One Park Circle
P.O. Box 5001
Westfield Center, OH 44251


WEX Bank
LVNV Funding & Alltran Financial LP
P.O. Box 610
Sauk Rapids, MN 56379-0610


WM Jordan Company
11010 Jefferson Ave.
P.O. Box 1337
Newport News, VA 23601-0337


Workers Compensation Commission
10 E. Baltimore St.
Baltimore, MD 21202